**Michael L. PACK, Plaintiff–Appellant,**

v.

**Ervin DANTLEN, Mr., Defendant– Appellee.**

No. 07–1762.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 15, 2007.

Michael L. Pack, Appellant Pro Se.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Pack appeals a district court order summarily dismissing without prejudice his civil rights complaint filed against his landlord. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. *See Pack v. Dantlen,* No. 1:07–cv–01994– JFM (D.Md. Aug. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*